867 A.2d 1262

**COUNTY OF LACKAWANNA and John Grow, Appellees**

v.

**Dennis WOLFF, Appellant.**

Supreme Court of Pennsylvania.

Jan. 18, 2005.

## *ORDER*

PER CURIAM:

**AND NOW,** this 18th day of January, 2005, the order of the Court of Common Pleas of Lackawanna County is **AFFIRMED.**